THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS K. GILMORE, Appellant.

Argued December 5, 1938; decided January 3, 1939.

*Paul Morreale* for appellant.

*Henry Hirschberg, District Attorney (Martin Rosenblum* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.